John S. Buford (VSB No. 89041)
Hancock, Daniel & Johnson, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Tel.:    (804) 967-9604
*Counsel for PHC Industrial, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 19-51575-SCS** |
| **RICHARD PATRICK MONAHAN and** ) | |
| **KRISTIN POWELL MONAHAN,** ) | **Chapter 13** |
| ) | |
| **Debtor.** ) | |
| ) | |

**CONSENT ORDER LIFTING AUTOMATIC STAY**

THIS CAUSE came before the undersigned United States Bankruptcy Judge for the

Eastern District of Virginia upon the motion of PHC Industrial, LLC (the "Movant"), by and

through counsel, filed herein on November 8, 2019 (Docket No. 14), seeking modification of the

automatic stay pursuant to § 362(d) of the Bankruptcy Code (the "Motion") to permit the

Movants to continue the prosecution of a certain civil action pending in the United States District

Court for the Eastern District of Virginia, civil action number 4:19-CV-00019 (the "Pending

Litigation") in which the Movant is the plaintiff, and Debtors Richard Monahan and Kristin

Monahan, together with a company owned by the Debtors (Coast to Coast Consulting and Contracting, Inc.), are the defendants.

And it appearing to the Court from the Motion, the consent of Debtors and the Chapter 13 Trustee as reflected by the endorsements of counsel, and the record of this case, that the Movant has shown good cause for the granting of the Motion and that the Motion should be granted,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1.      The Motion is hereby GRANTED, to the extent provided herein;

2.      The automatic stay of § 362 of the Bankruptcy Code is hereby lifted, solely to permit the Movants to continue the prosecution of the Pending Litigation to liquidate the claims against the Debtors and the Company; and

3.      Subject to further order of the Court, the automatic stay shall remain in full force and effect with respect to the enforcement of any judgment against the Debtors.  If a judgment in favor of Movant and against Debtors is entered, Movant will submit that judgment as a claim in these proceedings and seek enforcement of the liquidated claim in these proceedings.

SO ORDERED this _Nov 10 2019_ day of November, 2019.


/s/ Frank J. Santoro
United States Bankruptcy Judge

Entered on Docket: Nov 12 2019

WE ASK FOR THIS:


/s/ John S. Buford
John S. Buford (VSB No. 89041)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Tel.:   (804) 967-9604
Fax:   (804) 967-9888
jbuford@hancockdaniel.com
*Counsel for PHC Industrial, LLC*



WE CONSENT:


/s/ Charles G. Havener (by JSB w/ permission via email)
Charles G. Havener
Michael Bruno
Haven Law Group, P.C.
2021 Cunningham Drive, Suite 310
Hampton, VA 23666
Tel.:   (757) 826-2200
charleshavener@msn.com
*Counsel for Debtors*



WE CONSENT:


/s/ Warren A. Uthe, Jr. (by JSB w/ permission via email)
Warren A. Uthe, Jr.
Michael P. Cotter, Chapter 13 Trustee
870 Greenbrier Cir., Suite 402
Chesapeake, VA 23320
Tel.:   (757) 961-3000
Fax:   (757) 961-3001
wauthe@mpcch13.com
*Counsel for Chapter 13 Trustee*

3

## CERTIFICATION OF ENDORSEMENT BY ALL PARTIES

Pursuant to Local Bankruptcy Rule 9022-1(C)(1), the undersigned hereby certifies that the foregoing proposed consent order has been endorsed by all necessary parties, who have authorized the undersigned to affix their /s/ signatures.

/s/ John S. Buford
John S. Buford (VSB No. 89041)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Tel.:   (804) 967-9604
Fax:   (804) 967-9888
jbuford@hancockdaniel.com
*Counsel for PHC Industrial, LLC*

## SERVICE LIST

Richard Patrick Monahan
27 Wornom Farm Road
Poquoson, VA  23662

Kristin Powell Monahan
27 Wornom Farm Road
Poquoson, VA  23662

Charles G. Havener
Michael C. Bruno
Haven Law Group P.C.
2021 Cunningham Drive, Suite 310
Hampton, VA  23666

Warren A. Uthe, Jr.
Counsel for Chapter 13 Trustee Michael P.
Cotter
870 Greenbrier Circle, Suite 402
Chesapeake, VA   23320

John P. Fitzgerald, III
Office of the U.S. Trustee, Region 4 -NN
200 Granby Street, Room 625
Norfolk, VA 23510

Steven L. Brown, Esquire
Tiffany & Tiffany PLLC
770 Independence Circle
Virginia Beach, VA 23455

Darrelyn Thomas, Esq.
RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097