# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

In re:   RICHARD PATRICK MONAHAN                                    Case No: 19-51575-SCS
       KRISTIN POWELL MONAHAN                                         Chapter 13

          Debtors.


NEWPORT NEWS SHIPBUILDING EMPLOYEES'
CREDIT UNION, INC. D/B/A BAYPORT CREDIT UNION

          Plaintiff,

v.

RICHARD PATRICK MONAHAN
MICHAEL P. COTTER, TRUSTEE

          Defendants.


## CONSENT ORDER

THIS CAUSE came upon the Motion for Relief from the Automatic Stay filed herein by Newport News Shipbuilding Employees' Credit Union, Inc. d/b/a BayPort Credit Union (the "Credit Union") regarding a 2018 Ford Expedition VIN ending 09455 ("Vehicle").

WHEREUPON, it appearing to the Court that since the filing of the Motion the Debtor has cured the post-petition payments regarding the 2018 Ford Expedition VIN ending 09455 ("Vehicle");

Steven L. Brown, Esquire
Tiffany & Tiffany PLLC
Counsel for Newport News Shipbuilding Employees' Credit Union, Inc.
d/b/a BayPort Credit Union
770 Independence Circle
Virginia Beach, VA 23455
757-497-1449 telephone
757-497-1867 facsimile
steven@tiffanylawfirm.com
VSB #23740

WHEREUPON, it appearing to the Court that the Debtor owes the Credit Union $581.00 which represents the Credit Union's attorney fees and costs incurred in this motion;

WHEREUPON, it appearing to the Court that the Debtor shall tender to the Credit Union the sum of $581.00 on or before December 10, 2019 and the source of funds shall be the Debtor's contingency expense;

WHEREUPON, it appearing to the Court that the Debtor shall pay his future regular monthly payments to the Credit Union regarding the 2018 Ford Expedition VIN ending 09455;

WHEREUPON, counsel for the Debtor certifies that said counsel has spoken with the Debtor about the terms of this Order and the Debtor consents to said terms; it is therefore

ORDERED AND DECREED that the Debtor shall tender to the Credit Union, **Attn: William Smith at One Bayport Way, Suite 350, Newport News, VA 23606,** the sum of $581.00 on December 10, 2019 and the source of funds will come from the Debtor's contingency expense.

It is further ORDERED that in the event the Debtor fails to pay the Credit Union $581.00 for its attorney fees and cost of the motion as outline above, then the Credit Union shall be granted relief from the automatic stay without further Order of this Court or Notice or opportunity to cure.

It is further ORDERED that the fourteen (14) day period provided for in Rule 4001(a)(3) of the Bankruptcy Rules be, and hereby is, waived, and such relief from stay shall become effective immediately upon entry of this Order.

A copy of this Order shall be sent to Steven L. Brown, Esquire, 770 Independence Circle, Virginia Beach, VA 23455, counsel for Newport News Shipbuilding Employees' Credit Union, Inc. d/b/a BayPort Credit Union; to Charles G. Havener, Esquire, counsel for debtor, 2021 Cunningham Drive, Suite 310, Hampton, VA 23666; to Michael P. Cotter, Trustee, 870

Greenbrier Circle, Suite 402, Chesapeake, VA 23320; and to the debtors, 27 Wornom Farm Road, Poquoson, VA 23662.

ENTER: Dec 1 2019

/s/ Frank J. Santoro
_____
JUDGE

Notice of Judgment or Order
Entered   Dec 2 2019
_____

I ask for this:

 /s/ Steven L. Brown
Steven L. Brown, Esquire
Counsel for Newport News Shipbuilding Employees
Credit Union, Inc. d/b/a BayPort Credit Union
770 Independence Circle
Virginia Beach, VA 23455

Seen and Agreed:

 /s/ Charles G. Havener
Charles G. Havener, Esquire
2021 Cunningham Drive, Suite 310
Hampton, VA 23666
Counsel for Debtor

Seen:

 /s/ Warren A. Uthe, Jr. for
Michael P. Cotter, Trustee
870 Greenbrier Circle
Suite 402
Chesapeake, VA 23320

CERTIFICATION OF ENDORSEMENT

    I hereby certify that on or about the 25th day of November 2019, all necessary parties involved in this matter have seen and endorsed this instant order.

                                                               /s/ Steven L. Brown