# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:    RICHARD PATRICK MONAHAN                            Case No.: 19-51575-SCS
        KRISTIN POWELL MONAHAN
        Debtors                                                    Chapter 13

## NOTICE OF TRUSTEE'S MOTION TO DISMISS

Michael P. Cotter, Chapter 13 Trustee, has filed papers with the court to dismiss your case.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss your case or if you want the court to consider your views on the motion, then you and your attorney must:

## ATTEND THE HEARING SCHEDULED TO BE HELD:

at     U.S. Courthouse
2400 WEST AVENUE
NEWPORT NEWS, VA  23607          on February 07, 2020 at 10:00 am

If you or your attorney do not take these steps, the court may decide that you do not oppose on the motion and may enter an order granting that relief.

**MICHAEL P. COTTER, TRUSTEE**

**BY**   **/s/ Michael P. Cotter**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this 3rd day of January, 2020 to:

RICHARD PATRICK MONAHAN               CHARLES G. HAVENER, ESQ
KRISTIN POWELL MONAHAN                HAVEN LAW GROUP P.C.
27 WORNOM FARM ROAD                   2021 CUNNINGHAM DRIVE
POQUOSON, VA 23662                       SUITE 310
                                     HAMPTON, VA 23666

**/s/ Michael P. Cotter**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

In re:   RICHARD PATRICK MONAHAN                                  Case No.: 19-51575-SCS
         KRISTIN POWELL MONAHAN
         Debtors                                                                    Chapter 13

### TRUSTEE'S MOTION FOR DISMISSAL

COMES NOW Michael P. Cotter, Chapter 13 Standing Trustee, who moves for dismissal of the above referenced bankruptcy matter, based on the debtors having scheduled unsecured debts that far exceed the debt limits under Section 109(e).  The debtors are ineligible to file a Chapter 13.

For the foregoing reason, this case should be dismissed.

**MICHAEL P. COTTER, TRUSTEE**

BY  **/s/ Michael P. Cotter**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this 3rd day of January, 2020 to:

RICHARD PATRICK MONAHAN              CHARLES G. HAVENER, ESQ
KRISTIN POWELL MONAHAN               HAVEN LAW GROUP P.C.
27 WORNOM FARM ROAD                  2021 CUNNINGHAM DRIVE
POQUOSON, VA 23662                   SUITE 310
                                     HAMPTON, VA 23666

**/s/ Michael P. Cotter**

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000