# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

In re:   RICHARD PATRICK MONAHAN                                                                Chapter 13
         KRISTIN POWELL MONAHAN                                                  Case No.: 19-51575-SCS

Debtors

## ORDER DENYING CONFIRMATION

**THIS MATTER** came before the Court upon the Standing Trustee's Objection to Confirmation of the Debtors' Chapter 13 Plan filed, November 11, 2019, the parties having advised the Court that this matter has been settled.

**UPON CONSIDERATION WHEREOF**, it appearing that the Debtors and the Standing Trustee have resolved the objection and desire to have an Order entered reflecting such settlement, and for good cause shown, it is

**ORDERED** that the Objection to Confirmation is Sustained. The debtors are to file a Modified Plan on or before January 31, 2020.

It is **FURTHER ORDERED** that if the Debtors fail to comply with the agreed terms of this Order, an Order of Dismissal may be filed with and entered by this Court without further hearing.

**Date Entered:** Jan 14 2020

/s/ Frank J. Santoro     Jan 14 2020
**Judge**

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

I ASK FOR THIS:

/s/ Warren A. Uthe, Jr., Esq.

Warren A. Uthe, Jr. Esq.
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

AGREED:

/s/ Charles Havener

Charles Havener
Haven Law Group P.C.
2021 Cunningham Drive
Suite 310
Hampton, VA, 23666
(757) 826-2200

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

**LOCAL RULE 9022-1(C) CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Warren A. Uthe, Jr., Esq.
---

Warren A. Uthe, Jr. Esq.
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee

Parties to receive copies:

RICHARD PATRICK MONAHAN
KRISTIN POWELL MONAHAN
27 WORNOM FARM ROAD
POQUOSON, VA 23662

Charles Havener
HAVEN LAW GROUP P.C.
2021 CUNNINGHAM DRIVE
SUITE 310
HAMPTON, VA 23666

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000