# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

In re:   RICHARD PATRICK MONAHAN                                                    Chapter 13
KRISTIN POWELL MONAHAN                                                    Case No.: 19-51575-SCS

Debtors

## ORDER OF DISMISSAL

UPON consideration of the Motion for Dismissal filed by the Chapter 13 Trustee; upon service of said Motion by means of first-class mail, postage prepaid upon the Debtors and counsel for the Debtors; upon agreement of counsel and for good cause shown, it is

**ADJUDGED, ORDERED** and **DECREED** that this case be, and it hereby is, **DISMISSED**.

**Date Entered:** Jan 15 2020

/s/ Frank J. Santoro

**Judge**

Entered on Docket: Jan 16 2020

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

I ASK FOR THIS:

/s/ Warren A. Uthe, Jr., Esq.

Warren A. Uthe, Jr. Esq.
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

AGREED:

/s/ CHARLES G. HAVENER, ESQ

Charles G. Havener, Esq
Haven Law Group P.C.
2021 Cunningham Drive
Suite 310
Hampton, VA, 23666
(757) 826-2200

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

## **LOCAL RULE 9022-1(C) CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Warren A. Uthe, Jr., Esq.

Warren A. Uthe, Jr. Esq.
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee

Parties to receive copies:

RICHARD PATRICK MONAHAN
KRISTIN POWELL MONAHAN
27 WORNOM FARM ROAD
POQUOSON, VA 23662

CHARLES G. HAVENER, ESQ
HAVEN LAW GROUP P.C.
2021 CUNNINGHAM DRIVE
SUITE 310
HAMPTON, VA 23666

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000